```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 03900
    MICHELLE VONSCHWEDLER
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-4543

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/07/2005 and was confirmed 04/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 05/12/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
EDUCATION RESOURCES INST  UNSECURED         11234.20           .00          1123.42
BALLYS TOTAL FITNESS      UNSECURED         NOT FILED          .00              .00
ECAST SETTLEMENT CORP     UNSECURED          8232.46           .00           823.25
DISCOVER FINANCIAL SERVI  UNSECURED          9715.00           .00           971.50
ILLINOIS STATE HIGHWAY A  UNSECURED          1056.20           .00           105.62
GENERAL MOTORS ACCEPTANC  UNSECURED          3131.25           .00           313.13
ISAC                      UNSECURED         11287.08           .00          1128.71
EDUCATION RESOURCES INST  UNSECURED         16504.72           .00          1650.47
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       205.20           .00           205.20
EDUCATION RESOURCES INST  FILED LATE         3889.84           .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,200.00                       2,200.00
TOM VAUGHN                TRUSTEE                                            527.70
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              9,049.00

PRIORITY                                      205.20
SECURED                                          .00
UNSECURED                                   6,116.10
ADMINISTRATIVE                              2,200.00
TRUSTEE COMPENSATION                          527.70
DEBTOR REFUND                                    .00
                     ---------------      ---------------
TOTALS                9,049.00              9,049.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 03900 MICHELLE VONSCHWEDLER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 08/27/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

                              PAGE   2
        CASE NO. 05 B 03900 MICHELLE VONSCHWEDLER